**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Madelyn TORRES, Defendant–Appellant.**

No. 92–5246.

United States Court of Appeals, Fourth Circuit.

Argued Jan. 30, 1996.

Decided March 4, 1996.

**ARGUED:** John Randolph Riley, Raleigh, North Carolina, for Appellant. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee. **ON BRIEF:** Robert H. Edmunds, Jr., United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, Chief Judge, RUSSELL, WIDENER, HALL, MURNAGHAN, ERVIN, WILKINS, NIEMEYER, HAMILTON, LUTTIG, WILLIAMS, MICHAEL, and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by published per curiam opinion.

**OPINION**

**PER CURIAM:**

The judgment of the district court is affirmed by an evenly-divided vote of the en banc court.

*AFFIRMED.*